IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LYNN LAMASTERS,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF IOWA,<br><br>Respondent. | No. C13-2003 EJM<br><br>ORDER |

This matter is before the court on the Magistrate Judge's unresisted Report and Recommendation (R & R) filed September 11, 2014. R & R accepted. Dismissed.

Plaintiff, presently confined in the Anamosa State Penitentiary, Anamosa, Iowa, brings this habeas corpus action pursuant to 28 U.S.C. §2254 and asserts that he has been denied his constitutional rights. Jurisdiction is under 28 USC §1331.

The time to object to the R & R has expired; no objection has been filed.

It is therefore

ORDERED

R & R accepted. Dismissed.

September 30, 2014

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT